UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DALILA BUGAYONG,

    Plaintiff,

    vs.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No.: 11-cv-05366-YGR

**ORDER SETTING COMPLIANCE HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing regarding the identification of a private mediator shall be held on Friday, March 30, 2012 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

Three (3) business days prior to the date of the compliance hearing, the parties shall file either: (a) a notice identifying their agreed-upon mediator; or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: March 12, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**