**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| Dalila Bugayong, | Case No.: C-11- 5366-YGR |
| Plaintiff(s), | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| vs. | |
| Wells Fargo N.A., | |
| Defendant(s). | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on March 12, 2012.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 9/10/12 at 2:00 p.m. |
| REFERRED TO ADR for Private Mediation to occur by | 8/3/2012 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 6/1/2013 |
| NON-EXPERT DISCOVERY CUTOFF: | 11/30/2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: 10/30/2012<br>Rebuttal: 11/23/2012 |
| EXPERT DISCOVERY CUTOFF: | 12/14/2012 |
| DISPOSITIVE MOTIONS[1] to be heard by: | 1/15/2013 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 2/22/2013 |
| PRETRIAL CONFERENCE: | Friday, 3/8/2013 at 9:00 a.m. |
| TRIAL DATE: | Monday, 3/25/2012 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | 2 weeks |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 21, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**