UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALILA BUGAYONG,<br><br>   Plaintiff,<br><br>   vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>   Defendant. | Case No.: C-11-05366-YGR<br><br>**ORDER VACATING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

On March 12, 2012, the Court issued an Order Setting Compliance Hearing regarding the identification of a private mediator and set the hearing on March 30, 2012. (Dkt. No. 22.) The parties provided a timely written response to the Order. (Dkt. No. 25.) Having reviewed and considered the written response, the Court is satisfied with the parties' submission, and accordingly, VACATES the hearing compliance hearing scheduled for March 30, 2012. The parties shall proceed with mediation and all other dates set forth in Dkt. Nos. 23 & 24.

**IT IS SO ORDERED**.

Dated: March 28, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**