```
 1  LOUIS A. HIGHMAN, State Bar No. 61703
    BRUCE J. HIGHMAN, State Bar No. 101760
 2  HIGHMAN, HIGHMAN & BALL
    A Professional Law Association
 3  870 Market Street, Suite 467
    San Francisco, CA 94102
 4  Telephone:  (415) 982-5563

 5  Attorneys for Plaintiff DALILA BUGAYONG
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALILA BUGAYONG, | Case No. CV 11-05366 YGR |
| Plaintiff, | STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; |
| -v- | [PROPOSED] ORDER |
| WELLS FARGO BANK, N.A., | (F.R.Civ.P. Rule 41[a][1]) |
| Defendant. | |

Pursuant to the provisions of F.R.Civ.P. Rule 41(a)(1), plaintiff Dalila Bugayong and defendant Wells Fargo Bank, N.A., by and through their respective attorneys, do hereby stipulate to dismiss the above-entitled action in its entirety with prejudice. None of the parties will seek a court award for attorneys' fees and costs.

SO STIPULATED:

DATED: August 2, 2012.

            LOUIS A. HIGHMAN
            BRUCE J. HIGHMAN
            HIGHMAN, HIGHMAN & BALL

            By /s/ Louis A. Highman
            Atttorneys for Plaintiff
            DALILA BUGAYONG

1

Stipulation for Dismissal with Prejudice; Order
--CV 11-05366 YGR

```
1  DATED: August 7, 2012.           JANINE S. SIMERLY
                                    MAUREEN K. BOGUE
2                                   LINDSAY E. HUTNER
                                    MILLER LAW GROUP
3

4                                   By /s/
                                       Attorneys for
5                                      Defendant
                                       WELLS FARGO BANK, N.A.
6

7                                 ORDER

8       Good cause appearing therefor, IT IS SO ORDERED.

9   DATED:    August 9      , 2012.  [signature]
10
11                                   HON. YVONNE GONZALEZ ROGERS
                                     U.S. DISTRICT JUDGE
12
```