```
1  LOUIS A. HIGHMAN, State Bar No. 61703
   BRUCE J. HIGHMAN, State Bar No. 101760
2  HIGHMAN, HIGHMAN & BALL
   A Professional Law Association
3  870 Market Street, Suite 467
   San Francisco, CA 94102
4  Telephone:   (415) 982-5563

5  Attorneys for Plaintiff DALILA BUGAYONG
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALILA BUGAYONG, | Case No. CV 11-05366 YGR |
| Plaintiff, | STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; |
| -v- | [~~PROPOSED~~] ORDER |
| WELLS FARGO BANK, N.A., | (F.R.Civ.P. Rule 41[a][1]) |
| Defendant. | |

Pursuant to the provisions of F.R.Civ.P. Rule 41(a)(1), plaintiff Dalila Bugayong and defendant Wells Fargo Bank, N.A., by and through their respective attorneys, do hereby stipulate to dismiss the above-entitled action in its entirety with prejudice. None of the parties will seek a court award for attorneys' fees and costs.

SO STIPULATED:

DATED: August 2, 2012.          LOUIS A. HIGHMAN
                                BRUCE J. HIGHMAN
                                HIGHMAN, HIGHMAN & BALL

                                By /s/ Louis A. Highman
                                   Atttorneys for Plaintiff
                                   DALILA BUGAYONG

1

```
1  DATED: August 7, 2012.              JANINE S. SIMERLY
                                       MAUREEN K. BOGUE
2                                      LINDSAY E. HUTNER
                                       MILLER LAW GROUP
3

4                                      By /s/
                                          Attorneys for
5                                         Defendant
                                          WELLS FARGO BANK, N.A.
6

7                               ORDER

8       Good cause appearing therefor, IT IS SO ORDERED.

9
   DATED:    August 9        , 2012.  [signature]
10
                                      HON. YVONNE GONZALEZ ROGERS
11                                    U.S. DISTRICT JUDGE
```

                                    2

Stipulation for Dismissal with Prejudice; Order
--CV 11-05366 YGR